# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| HEATHER FITZGERALD, § <br> §<br> Plaintiff, § <br> §<br> v. § <br> §<br> SAFECO INSURANCE COMPANY OF § <br> INDIANA, § <br> §<br> Defendant. § | CIVIL ACTION NO. 4:17-CV-439 |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Heather Fitzgerald and Defendant Safeco Insurance Company of Indiana's Joint Motion to Dismiss with Prejudice (the "Joint Motion") (Dkt. #32). The parties jointly move to dismiss this case with prejudice, with each party bearing its own costs and fees. *See* Dkt. #32. Upon consideration, the Court finds the Joint Motion (Dkt. #32) is **GRANTED**.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear her or its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

    **IT IS SO ORDERED**.

    SIGNED this the 21st day of June, 2018.

                                            */s/ Richard A. Schell*
                                            RICHARD A. SCHELL
                                            UNITED STATES DISTRICT JUDGE